IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOSEPH SIMS, | ) | 4:12CV3074 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY B. RANDALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Alter or Amend Judgment, filed pursuant to Federal Rule of Civil Procedure 59(e). (Filing No. 10.) In his Motion, Plaintiff seeks reconsideration and reversal of the court's June 11, 2012, Memorandum and Order which dismissed Plaintiff's Complaint because it contained claims that could not be brought in an action under "42 U.S.C. § 1983 until Plaintiff first obtains a favorable outcome in a habeas corpus or similar proceeding." (Filing No. 8.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for amendment or alteration of any portion of its June 11, 2012, Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion to Alter or Amend Judgment (filing no. 10) is denied.

DATED this 20th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.